AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

United States of America
v.
DENNY NGUYEN

*Defendant(s)*

Case No. 26-mj-17047 (SAK)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 22, 2026 to June 10, 2026 in the county of Gloucester in the District of New Jersey, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | Enticement and Coercion of a Minor |
| 18 U.S.C. § 2423(b) | Interstate Travel with Intent to Engage in a Sexual Act with a Minor |
| | See attachment A |

This criminal complaint is based on these facts:

See Attachment B

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Christopher Romanoski, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/13/26

Sharon A. King
*Judge's signature*

City and state: Camden, NJ

Honorable Sharon A. King, U.S.M.J.
*Printed name and title*

CONTENTS APPROVED

UNITED STATES ATTORNEY

By: [signature]
SHARI-ANN A. SASU, Assistant U.S. Attorney

Date: August 12, 2026

## ATTACHMENT A

### COUNT ONE

Enticement and Coercion of a Minor

From on or about May 22, 2024, through on or about June 10, 2024, in Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

DENNY NGUYEN,

did use any facility and means of interstate commerce to knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, the Victim, to engage in sexual activity for which any person can be charged with a criminal offense, namely, sexual assault of a victim at least 13 but less than 16 years old, which is a criminal offense under N.J.S.A. 2C:14-2c(4).

In violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

Interstate Travel with Intent to Engage in a Sexual Act with a Minor

On or about June 7, 2024, in Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

DENNY NGUYEN,

did knowingly travel in interstate commerce from California to New Jersey for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(g), that is a sexual act, as defined in 18 U.S.C. § 2246, with a person under the age of eighteen, namely the Victim, which sexual contact would constitute a violation of Title 18, United States Code, Chapter 109A.

In violation of Title 18, United States Code, Section 2423(b).

## ATTACHMENT B

1. I, Christopher Romanoski, am a Special Agent with the Federal Bureau of Investigations ("FBI"). I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs, and audio recordings of the evidence. Where statements of others are related herein, they are related in substance and part. Because this Complaint is being submitted for a limited purpose, I have not set forth each and every fact that I know concerning this investigation. Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

2. In April 2024, DENNY NGUYEN and the Victim[1] began exchanging messages over Discord, which is a communications platform that allows users to exchange voice, video, and text messages. On May 22, 2024, NGUYEN and the Victim started to communicate over TikTok by sending direct messages, among other means.

3. Between May 22, 2024, and June 7, 2024, NGUYEN was located in Upland, California. The Victim resided in Gloucester County, New Jersey.

4. Based on their communications, NGUYEN knew the Victim was only 13 years old at the time of their interaction. In messages exchanged between NGUYEN and the Victim, NGUYEN acknowledged that he knew the Victim was only 13 years old on at least two occasions, namely May 31, 2024, and June 3, 2024.

a. On May 31, 2024, NGUYEN acknowledged the Victim was 13 after she expressed a desire to marry him, writing the Victim on TikTok: "Okayyy [Victim Name] talking about marriage at 13."

b. On May 31, 2024, NGUYEN again acknowledged the Victim was 13, writing the Victim on TikTok: "Hilarious coming from a 13 yr who sees herself marrying a 10 yr age gap."

c. On June 3, 2024, NGUYEN acknowledged the Victim was 13, writing the Victim on TikTok, concerning sex toys: "Wait actually idk how I feel buying those things for a 13 yr old actually."

---

[1] I am aware of the age, identity, and residence of the Victim. Details which may identify the Victim have been withheld in order to protect the Victim's identity.

d. On June 3, 2024, NGUYEN acknowledged for a fourth time that the Victim was 13, writing the Victim on TikTok: "Especially hilarious coming from a 13 yr old."

5. NGUYEN, who lived in California, discussed his desire to visit the Victim in New Jersey and to have sex with the Victim without getting caught.

a. On May 31, 2024, NGUYEN started counting down the days until he was to visit the Victim in messages on TikTok.

b. On June 3, 2024, NGUYEN wrote to the Victim on TikTok, in the context of his visit to New Jersey: "About that I knooowwwww you want to raw" and "Buuuttttt i feel like it's too risky and that plan b should be used as an actual plan b yk." Based on the context of this conversation, I believe NGUYEN was discussing his intention to have sex with the Victim.

c. On June 3, 2024, NGUYEN also wrote the Victim on TikTok about an over-the-counter birth control pills that he was considering purchasing for the Victim but decided against it because NGUYEN feared that the Victim's mother would discover them.

d. On June 3, 2024, NGUYEN wrote the Victim on TikTok, discussing buying the Victim an "app controlled" sex toy that he could operate while he was "in California" and, separately, about "butt plugs." NGUYEN later sent a website of the app-controlled sex toy: https:///www.we-vibe.com/us/sync-lite. NGUYEN texted the Victim, "But I don't wanna get caught" when discussing purchasing the sex toy for his upcoming visit. NGUYEN stated it was too risky to buy them for the Victim because the Victim's mother had previously found a vibrator in the Victim's room.

e. On June 3, 2024, NGUYEN wrote the Victim on TikTok, continuing to discuss the app-controlled sex toy. NGUYEN wrote: "If you w[o]re it while we, i think you're relaxed enough i can fit under it so that when i thrust the tip presses into your spot." Just prior to writing this, based on the context of the conversation, NGUYEN and the Victim acknowledge that the Victim has "seen it," meaning NGUYEN's penis.

6. On June 7, 2024, Frontier Airline records show that NGUYEN boarded a flight in Ontario, California and, after several connecting flights, landed at Philadelphia International Airport later that day. During his travels, NGUYEN messaged the Victim on TikTok that day, stating he was "chilling on plane rn" and telling the Victim when the plane was set to depart.

7. AirBnB records show that NGUYEN booked a stay at a rental property in Woodbury, New Jersey for June 7–10, 2024, dates matching his departing and returning flights between California and New Jersey, described above and below.

8. NGUYEN's credit card records evidence purchases in New Jersey and Pennsylvania during the June 7 to 10th time period. Those records show a purchase at a sex toy shop in Philadelphia, Pennsylvania on June 7, 2024, of a We-Vibe Sync Lite Vibrator, Waterslide Lubricant, and a Rump Rocker 3-Piece Anal Plug Set. As described above, NGUYEN discussed both this vibrator and anal plugs with the Victim prior to flying to New Jersey and specifically discussed using the vibrator during sexual intercourse.

9. In addition to NGUYEN's first visit to the Victim in New Jersey between June 7 and June 10, 2024, records received from Frontier Airlines and United Airlines reveal the following additional flights from Ontario, California to Philadelphia International Airport:

| **Departing Flight** | **Returning Flight** |
|---|---|
| August 22, 2024 | August 27, 2024 |
| November 21, 2024 | November 25, 2024 |
| January 30, 2025 | February 3, 2025 |
| May 1, 2025 | May 5, 2025 |

10. In addition to NGUYEN's first visit to the Victim in New Jersey, AirBnB records and NGUYEN's credit card statements evidence NGUYEN's stay at a rental property in either Woodbury, New Jersey or Bellmawr, New Jersey during dates matching the above flights.

11. During interviews with law enforcement officer or in a forensic interview of the Victim, the Victim positively identified NGUYEN, correctly stating his date of birth and describing his physical appearance, including a burn mark on the center of his chest, which was confirmed to be present by Gloucester County law enforcement officers following NGUYEN's State of New Jersey arrest and processing.

12. When interviewed, the Victim said that NGUYEN visited her on 5 different occasions that matched with the above dates.

a. The Victim stated that during 3 of the 5 visits, NGUYEN and she engaged in illicit sexual conduct.

b. The Victim described the June 2024 sexual encounter involved vaginal and digital penetration. NGUYEN sent her texts on June 8, 2024, confirming their time together wherein he stated, "Woke up

at 11 my sleep schedule is bad lol Even in new jersey". NGUYEN further texted that he missed the Victim and went to sleep late in the hopes that the Victim would "sneak out" to see him.

c. The Victim recalled that NGUYEN gave her the vibrator they discussed over TikTok during the June 2024 visit.

d. The Victim also confirmed that the abovementioned vibrator and anal plugs were used on her by NGUYEN during one of his visits.

13. Based on my review of the Victim's birth certificate, at the time that NGUYEN traveled from California to New Jersey to have sex with the Victim, the Victim was 13 years old.

SA Christopher Romanoski
Federal Bureau of Investigations

Sworn and subscribed to me in accordance with the requirements of Fed. R. Crim. P. 4.1 via telephone on August 13, 2026.

HON. SHARON A. KING
United States Magistrate Judge